OPINION — AG — A SEWER CLEANER, NO MATTER WHETHER HE GAINS ENTRY INTO THE SEWER LINE BY BREAKING SAME OR BY REMOVING A CLEAN OUT CAP, PERFORMS PLUMBING WITHIN THE MEANING OF 59 O.S. 1961 9 [59-9](C) AFTER HE MAKES SUCH ENTRY, IN THAT BY UNCLOGGING THE LINE HE IS ENGAGED IN " MAINTENANCE " OF SUCH LINE. MOREOVER, WHEN THE SEWER CLEANER PERFORMS HIS SERVICE BY MEANS OF BREAKING INTO THE LINE, HE MUST ADDITIONALLY " REPAIR " SAME WHEN HE HAS FINISHED HIS " MAINTENANCE " WORK. CITE: 59 O.S. 1961, 1001-1021 [59-1001] — [59-1021], 59 O.S. 1961 1017 [59-1017], 59 O.S. 1961 1003 [59-1003] (CHARLES OWENS) ** SEE: OPINION NO. 71-302 (1971) ** ** SEE: OPINION NO. 96-078 (1996) ** ** PLUMBING, CODE **